Lodged Proposed Order

Todd Jeffrey Ensworth
29437 Springside Dr.
Menifee, Ca. 92584

Plaintiff pro se

FILED
CLERK U.S. DISTRICT COURT
MAR 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| TODD JEFFREY ENSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>Defendants. | Case No. SACV 06-231-SVW(CTx)<br><br>The Honorable Stephen V. Wilson<br>U.S. District Judge, Court Room 6<br><br>APPLICATION FOR APPOINTMENT OF ATTORNEY JEFF PRICE FROM PRO BONO PANEL TO REPRESENT PLAINTIFF<br><br>Final Pretrial Conference<br>Date:   April 12, 2010<br>Time:   3:30 pm<br><br>Trial<br>Date:   April 20, 2010<br>Time:   9:00 am |

   Plaintiff Todd Jeffrey Ensworth respectfully applies to this Honorable Court for an order granting the appointment of Attorney Jeff Price from the Court's Pro Bono Panel to represent plaintiff. This application is made in good faith, and is supported by the attached declaration of plaintiff.

Dated: March 22, 2010

                                         /s/ Todd Price
                                         Todd Jeffrey Ensworth,
                                         plaintiff pro se.

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| TODD JEFFREY ENSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>Defendants. | Case No. SACV 06-231-SVW(CTx)<br><br>[PROPOSED] ORDER |

Good cause appearing, it is ORDERED that Jeff Price, of the Pro Bono Panel, is appointed to represent Plaintiff in this action.

Date: March 24, 2010

_____
Hon. Stephen V. Wilson
United States District Judge

Todd Jeffrey Ensworth
29437 Springside Dr.
Menifee, Ca. 92584

Plaintiff pro se

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| TODD JEFFREY ENSWORTH,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>    Defendants. | Case No.  SACV 06-231-SVW(CT)<br><br>CERTIFICATE OF SERVICE |

I, Todd Jeffrey Ensworth, the plaintiff in the above entitled case hereby declare:

1. that my correct address is set forth above;

2. that I am a resident of the County of Riverside, California and that I am over the age of eighteen (18) years;

3. that on  March 22, 2010,   I served on the defendants through their counsel of record

APPLICATION FOR APPOINTMENT OF JEFF PRICE
FROM PRO BONO PANEL TO REPRESENT PLAINTIFF

by placing a complete and true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and deposited into the U.S. Mail in Menifee, California, addressed as follows: Albert P. Ballog, Jr. esq., Sullivan & Ballog, LLP, 400 North Tustin Ave., Suite 475, Santa Ana, California 92705.

4. that I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

EXECUTED this   22nd day of March, 2010,   at Menifee, California.

_____
Todd Jeffrey Ensworth,
Plaintiff pro se.