TODD JEFFREY ENSWORTH,

    Plaintiff,

vs.

COUNTY OF ORANGE, et al.,

    Defendants.

SA
Case No. CV 06-00231-SVW (CTx)

**GENERAL VERDICT**

**REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE**

1

GENERAL VERDICT

We the jury in the above referenced matter find as follows:

1. <u>On Plaintiff's claim for Excessive Force:</u>
   (A)   ____ We find in favor of Plaintiff and against:
   ____ Deputy Sheriff G. Lewellyn
   ____ Deputy Sheriff R. Reyes
   (B)   _X_ We find in favor of the defendants and against Plaintiff.

   If you answered Yes to question No. 1(A), then <u>on Plaintiff's claim against Sergeant J. Hollenbeck for supervisory liability:</u>
   ____ We find in favor of Plaintiff.
   ____ We find in favor of Sgt. J. Hollenbeck and against Plaintiff

2. <u>Complete the section below only if you find in favor of Plaintiff on at least one of his claims:</u>
   We award Plaintiff the following damages: $_____.

3. <u>Complete the section below only if you find in favor of Plaintiff on his claim for violation of a Civil Right and believe that punitive damages are appropriate against the following individuals.</u>
   We award Plaintiff punitive damages against Deputy G. Lewellyn in the amount of $_____.
   We award Plaintiff punitive damages against Deputy R. Reyes in the amount of $_____.
   We award Plaintiff punitive damages against Sgt. J. Hollenbeck in the amount of $_____.

Dated: 8-5-2010           Signed: /